DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANDRE ZOLDAN,**
Appellant,

v.

**THE ENTRADA CONDOMINIUM, INC.,**
Appellee.

No. 4D12-3179

[June 24, 2015]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Mily Rodriguez Powell and William W. Haury, Jr., Judges; L.T. Case No. CACE 09-46887 (13).

Kenzie N. Sadlak of Kenzie N. Sadlak, P.A., Miami, for appellant.

William M. Douberley of Douberley, McGuinness & Cicero, Sunrise, for appellee.

PER CURIAM.

*Affirmed. See Central Mortg. Co. v. Callahan,* 155 So. 3d 373, 375-76 (Fla. 3d DCA 2014); *Ross v. Wells Fargo Bank,* 114 So. 3d 256, 257 (Fla. 3d DCA 2013).

STEVENSON, GROSS and CIKLIN, JJ., concur.

\*          \*          \*

*Not final until disposition of timely filed motion for rehearing.*